

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 2 2 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. ___11-Cv-MM93-BNB___
(To be supplied by the court)

___ZuQuete Z. Harris___, Plaintiff,

v.

___SerGeant-Nichels___,

___MAJOR-NYCZ___,

___CM-Lieutenant-Ryan M. LonG #8887___,

___Lieutenant-Lawson___,

___GanG coordinator-Lieutenant-Little___,

___Doctor Forturiato___,

___CAPTAIN B.H. WHITNEY #9400___,

___Neil Pashio-Prison official___, Defendant(s).

(List each named defendant on a separate line.)

---

**PRISONER COMPLAINT**

---

(Rev. 1/30/07)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.    11-cv-00093-BNB
                    (To be supplied by the court)


ZuQuete Z Harris          , Plaintiff,

v.


Nurse - Khelsey Prusha      ,

Liutenant - J.R. Carpenter     ,

Liutenant - TAVENDER       ,

_____,

_____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

---

## PRISONER COMPLAINT

---

(Rev. 1/30/07)

4.  My assets and their value are listed below:  (attach an additional page if necessary)

(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

Attached is a certified copy of my Prisoner trust Fund statement. I have no outside support. I only recieve money from the Department of Corrections as states Pay.

5.  Are you in imminent danger of serious physical injury?

X  Yes ___ No (CHECK ONE).  If you answered yes, briefly explain your answer: I'm at Great risk of being Seriously injured and Possibily even killed due to the lach of Protection Provided by Prison Officials Recently in less than 6 Months I recieved a broken leg, and scars from stab wounds, Also assaulted by Prison Officials who attempted to intimidate me because of my complaints.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on  2·16·11
            (Date)

_Zuquetti Z. Harris_
(Prisoner's Original Signature)

## Required Certification

You must attach to this motion and affidavit a certified copy of your trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this action.  You must obtain the certified copy of your trust fund account statement (or institutional equivalent) from the appropriate official of each penal institution at which you are or were confined during the six-month period.

## B. JURISDICTION

1.  I assert jurisdiction over my civil rights claim(s) pursuant to:  (check one if applicable)

    __X__  28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

    _____  28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2.  I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

    United States District Court Denver Colorado

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.  If more space is needed to describe the nature of the case, use extra paper to complete this section.  The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

Upon information and belief. In April of 2010. The Plaintiff informed prison officials of possible imminent dangers in which he would be seriously injured by a group of gang affiliated inmates and after nearly one month of the Plaintiff continuing to inform and communicate to prison officials on his fate the Plaintiff was physically harmed and seriously injured by the group of affiliates inmates.

The sterling Correctional Facility and prison officials failed refused to provide the Plaintiff safety and protection and as a result The Plaintiff began to seek a civil action lawsuit against prison officials because after the Plaintiff was assaulted. Prison officials continued and to fail to eliminate imminent dangers and ensure the safety and protection of harm from other inmates.

When the Plaintiff began seeking administrative remedies through the facility grievance procedures the Plaintiff was blocked and prevented Plaintiffs grievances from moving to the next step or level of process. The Plaintiff then contacted the U.S District Courts in order to file a civil action Prisoners complaint lawsuit.

As a result of the Plaintiff seeking redress through a civil action Prisoners complaint when all other remedies failed or was refused. because of prison officials harshent the conditions of confinement because of the Plaintiff mentions on sterling prisons officials and officials placed the Plaintiff back in an imminent danger and put Plaintiff back with the inmates who has had assaulted him. This was a tactic to manipulate the Plaintiff. And prevent him from complaining. mental got involved to against Plaintiff's needs for safety and protection. but to no avail due to manipulative powers of prison officials.

A male prison sexually seduced and assaulted and coerced the Plaintiff to engage in unlawful sexual acts against his will. This prison attempted to manipulate the Plaint out of filing complaints against other prison officials and herself by creating a relationship with the Plaintiff of a sexual nature.

Another Plaintiff informed prison officer of possible imminent danger in which the Plaintiff when the Plaintiff informed prison official of recent complaints. the prison official neglected his duties to protect the Plaintiff. Moments late the Plaintiff was assaulted by the inmate and stripped several times by the inmate. The Plaintiff was also assaulted by prison officials on two different occasions and was threatened to be criminally charged unless the Plaintiff agreed to stop grievance and prisoners complaints and prison official destroyed most of the Plaintiffs documents and some type of conspiracy to place. I have the most important documents. The Plaintiff has been broken and battered.

(Rev. 1/30/07)                                                3

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the
right that allegedly has been violated and state all supporting facts that you consider important,
including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s)
involved in each claim, and the specific facts that show how each person was involved in each
claim. You do not need to cite specific cases to support your claim(s). If additional space is
needed to describe any claim or to assert more than three claims, use extra paper to continue that
claim or to assert the additional claim(s). The additional pages regarding the cause of action
should be labeled "D. CAUSE OF ACTION."

1.  Claim One: Failure to Protect from harm.

    Supporting Facts: Upon information and belief during the months
of April and May 2010, Defendants E Ryan M Long, Sergeant Nichels,
Major NSCZ, Lieutenant Lawson and Gang Coordinator Little
were made aware of Plaintiffs Conditions but failed to react
and due to subordinate staffs negligence and failure to
protect Plaint from harm amounted to inevitable consequences
of Lack of Protection. All mentioned defendants actions were
reckless, or callous and failed to Maintain Prison discipline
and each defendant knowingly exposed Plaintiff to serious
Physical injurys which Constituted Cruel and unusual Punish-
ment under the ~~first~~ ~~~~ 1st 4th, 8th and 14th Amend-
ment of the United States Constitution.
    Upon information and belief during the month of September
2010 Defendant B.H. Whitney knowing and willfully subjected
Plaintiff to Cruel and unusual Punishment when the defendant
Failed to ensure the safety and Protection of the Plaintiff
which Constituted Cruel and unusual Punishment under the
1st 4th, 8th and 14th Amendment of the United States Constitution.
An Additional Claim: Deliberate indifference to Plaintiffs
serious medical needs.
        Defendant Doctor Fortunato's deliberate ~~and~~
indifference to Plaintiffs serious medical needs violated
Plaintiffs rights and ~~constitute~~ Constituted Cruel and
unusual Punishment under the 8th Amendment of the
United States Constitution.

2.  Claim Two: <u>Assault and Battery by way of excessive force</u>

Supporting Facts: Defendant's Prison Official Neil Pasho On
September 26th of 2010 used unnecessary excessive
force causing physical harm to the Plaintiff which
violated Plaintiffs rights and Constituted Cruel and
unusual Punishment under the 8th 14th Amendment of
the united states constitution.

Defendant Lieutenant Jr. CARPenter ~~Neil~~ On
October 26th of 2010. Assaulted the Plaintiff causing
Great Bodily insurb which violated Plaintiff rights
and Constituted Cruel and unusual Punishment under
the 1st 4th 5th 8th and 14th Amendment of the United
States Constitution.

Additional Claim

On September 2010. Defendant Gang Coordinator
Lieutenant Little. sexually Assaulted ~~the~~ and forced the
Plaintiff to engage into unlawfull sex acts against
the Plaintiffs will. which violated Plaintiff rights and
Constituted Cruel and unusual Punishment under the
1st 4th 5th 8th and 14th Amendment of the United States
Constitution.

(Rev. 1/30/07)                    5

3.  Claim Three: _Conspiracy_

Supporting Facts: Plaintiff was subject to cruel and unusual Punishment when the defendant Captain B.N. Whitney #9400 orchestrated a conspiracy against the Plaintiff by instructing other staff defendants. Prison Official Neil Pasko, Nurse Kelsey Frisha, Lieutenant J.K. Carpenter, Lieutenant Invelmer to create fraudulent misbehavioral reports and incidents against the Plaintiff. The Plaintiff was targeted by many other prison officials when placed in a less desirable living conditions or area "Administrative Restrictions unit", as a result of Plaintiff seeking civil actions claims and was against prison officials. Plaintiff recieved issuances of fraudulent misbehavioral reports and threatend by the defendants with criminal charges if Plaintiff persevered with grievance complaints and civil actions complaints and destroyed Plaintiffs records of events and documents which Plaintiff had originals Prepared for the courts. All defendants mentioned acted with deliberate indifference and their conduct was reckless to be of tantamount to desire to inflict harm to the def Plaintiff which constituted cruel and unusual Punishment under the 1st 4th 5th 8th and 14th Amendment of the United States Constitution.

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes ___ No (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."



1.  Name(s) of defendant(s) in prior lawsuit:

2.  Docket number and court name:

3.  Claims raised in prior lawsuit:

4.  Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?):

5.  If the prior lawsuit was dismissed, when was it dismissed and why?

6.  Result(s) of any appeal in the prior lawsuit:

## F. ADMINISTRATIVE RELIEF

1.  Is there a formal grievance procedure at the institution in which you are confined?

    X Yes ___ No (CHECK ONE). Other than the Grievances. I Also have Correspondance notes which Proves the Grievances, were destroyed by Prison Officials. The Plaintiff was blocked and Prevented from Practice of Grievances Procedures which is the onls was to Gain Administrative relief.

2.  Did you exhaust available administrative remedies? ___ Yes X No (CHECK ONE).
    Prison Officials do not respect Grievance Procedures when inmates seek administrative relief or remedies for the wronges done or injuries Caused by Prison Officials. Prison Officials will retaliated by was of brute Force and Manipulation of their Powers or Authorities As Administrative leaders, and to Control Prisoners interaction with Administrative Practices. I wrote 26 Grievances and onls 3 were returned.

(Rev. 1/30/07)                                   7

## G. REQUEST FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

The Plaintiff has no adequate or complete remedy at Law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the Plaintiff relief. Wherefore, Plaintiff respectfully prays that this court enter a judgment in favor of the Plaintiff.

A declaration that the acts and omissions described herein violated Plaintiffs right under the Constitution and Laws under the United States.

The Plaintiffs seeks compensatory damages against each defendant Jointly and severally.

The Plaintiffs seeks Monetary compensatory damages against each defendant Jointle and severally.

The Plaintiffs seeks punitive damages against each defendant Jointly and severally.

The Plaintiff asks the court to grant in his favor any necessary injunction relief available. A preliminary or permanent injunction.

The Plaintiff want the Colorado Department of Corrections and Sterling corrections facility and prison officials to end all forms of retaliatory actions which were the result of Plaintiff seeking adequate relief and protection by way of complaints, civil and administrative remedy.

Plaintiff ~~also~~ wants all defendants to ensure safety and protection from harm.

Plaintiff wants defendants to provide adequate medical care.

Plaintiff want defendants to cover the cost of this Law suit.

Suit and a Jury trial on all issues triable by Jury. Plaintiff needs an attorney to represent him. and any relief this court deems Just, proper and equitable for the Plaintiff.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on ___2·16·11___
(Date)

___Zuduete Z. HARRIS___
(Prisoner's Original Signature)

(Rev. 1/30/07)

8

# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00093-BNB

Plaintiff, ZUQUETE Z. HARRIS
P.O. Box 777 Canon City Co 81215-0777

v.

Defendant. GanG Coordinator - Lieutenant LLittle
P.O. Box 6000 SterlinG CO 80751

_____

Prisoners CumPlaint

_____

Each defendant is sued individualls and in their official capacit's. At All times mentioned in this complaint each defendant acted under color of State Law.
Upon information and belief On May 4th 2010. I was ordered to report to the Prison Officials Control Center. I was approached by a woman of Hispanic culture wearing normal civilian clothes and was told to follow her to an office. She introduced herself to me as the facilities Gang Coordinator Lieutenant little. Once we sat down to talk. I began having an anxiety attach, and broke out in tears crying. After about 10 minutes. I was able to inform the defendant about the problems I was having with the Group of Gang affiliated inmates. I informed the defendant that I wanted to be transfered to another living unit away from all of the Gang activity. When I asked the defendant if she had the authority to to have me transfered she said that she didn't think that no situation was serious enough for an immediate transfere. and that I was already scheduled to be transfered on May 10th 2010.
I was told by the defendant that I was luch's because sex offenders and snitches usualls have a hard time. and that if the other inmates wanted to do something to me they would have Got me by now. The defendant told me that. I needed to give her information about what the other inmates on my living unit were doing if I wanted staffs protection. She manipulated me into telling on other inmates that had contraband. and said that she would check on me in a week.
The defendant was about to escort me back to my living unit. She told me that she need to search me to make sure I did not pick up any thing and ordered me to do a strip search. Once I was completely nude the defendant stated. Squat down until your penis touches the floor and caugh: After I squated down the defendant told me that she didn't know to many Guys that could actualls do that. After the defendant allowed me to Get dressed she escorted me to the living unit.
On May 9th 2010. I was assaulted and seriousls injured by 3 Gang affiliated inmates after I continued to inform Prison Officials that I was Going to be assaulted. I feel that the defendant is responsible for this incident.
After the incident occurred the defendant attempted to visit me while I was being held in Administrative Segregation. I refused to speak to her cailling her a bitch tellinG her that my Self was 'broken because she didn't do her Job. The defendant left me alone as I requested.

Pg#1

# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11 CV-00093-BNB

Plaintiff, ZaQuett Z Harris
P.O. Box. 777 Canon City Co 81215-0777

v.

Defendant. Gang Coordinator Lieutenant Lillle
P.O. Box 6000 Sterling Co 80751

---

### Prisoner Complaint

After I was released from Administrative Segregation. The defendant visited me on the living unit. I was called to report to the case managers office and when I arrived the defendant was waiting for me. The defendant confronted me about calling her a bitch. but I said that she understood my anger. The defendant asked me about how I was doing on the living unit and informed me that I was placed on the unit because most of the inmates were order. I informed the defendant that I had two family relatives on the unit. I go I informed the defendant that other inmate who was affiliated with the inmates were trying to intimidate me. and calling a snitch and childmolester.

A few weeks later in July. I was visited again by the defendant. the defendant had brought me a hamburger and cheese fries from the facilities Cafeteria. use ate and I gave her information about what the inmates were doing. the defendant became irritated with me and demanded that I tell her more. She informed me that she already knew the information I had given her and that's were waiting to arrest the inmates. I had informed her which inmates were selling and using the drugs who had tatoo paraphernalia and weapons. I wrote to the united states District Court 901-19th Street Denver colorado 80294-3589 and recieved my first prisoners complaint. In addition I wrote a Grievance and a letter which was a letter of my intent to sue the facility and prison officials of Sterling correctional Facilitits.

During the month of August 2010. I recieved 3 to 4 visits with the defendant.she questioned me about my personal life. and my history. The defendant confronted me about writing Grievances and stated, "If you're wondering why your Grievances were not returned or answered it's because sometime the Grievance goes directly to the person you wrote your Complaint against." she then warned me to be careful about who I wrote Grievances against and threatening to sue people. and said that there were consequences for pissing off the wrong person like a Major or a Captain. The defendant told me that I had to go through the chain of command to find a solution before I write a Grievance. the defendant informed me that I was not transfered because the prison officials made a mistake by assuming that I was not having issues and was trying to manipulate my way to another living unit.

# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-Cv-00093 -BNB

Plaintiff, Zuquete. Z. Harris
P.O. Box 777 Canon City CO 81215-0777

v.

Defendant. Gang Coordinator Lieutenant Lillie
P.O. Box 10000 Sterling Correctional 80751

## Prisoner Complaint

I. was advised by the defendant that trying to sue her or
other prison officials would not change my circumstance
and that by working with her and other prison officials they ensure
that I was protected.
September of 2010. I was called to report to the casemanager's
for a meeting with the defendant. Because the office was being
occupied the defendant said that she was taking upstairs to
talk because she needed information about an incident that had
occurred within my living unit.
The defendant escorted me outside of the living civil building and
lead me to a vacant section of the building. We entered a door located
in the center of the building. while walking up two stairs cases
the defendant briefly spoke into a radio. Once at the top of the
stairs the defendant lead me to an office which was being
used for a storage room. when the defendant opened the
door. I could see all type of supplies like Box and Bed Mattresses.
The defendant so stood at the entrance of the door as she
turned around facing me and at this point she forced herself
and began touching me putting her hands up my shirt and rubbing
my abs and chest and told me that I knew who she brought me
there. she starting kissing me on the lips and licking me
on the neck. I was so intimidated I couldn't move. as the
defendant pulled me into the office and closed the door. when I
tried to speak the defendant put her fingers to my lips and told me
to shut up because I was a spoiled little brat and that she
was going to stop my complaining. She pushed her hand down
into my pants and began stroking my penis. This had happend
to fast and I was overwhelmed and shocked b's the experience.
I was unable to have an erection because I was unable to
have any sexual thoughts or feelings towards the defendant.
The defendant performed oral sex on me for several minutes before
I was aroused and after the defendant stood up turning around
giving her back to me. She pulled her pant down leaving
forward until we were flesh to flesh. The defendant took my
penis and pushed me into while binding and pumping her
body into me. This event lasted over an hour and things took
place which I am not comfortable writing down
here as a part of my complaint.
On September 19, 2010. I was transferred to another living unit. I had
spoke with my casemanager and Team M. Lillie and CAPTAIN SMITH
Mischarra in order to prevent this transfere. I was not to be
moved or transfere because I was being protected by inmates
I was allowed to select to have in my living unit and 2 of them
were family relatives. with these inmates near me i could
not work to the kitchen, Library, Gymnasium or Islamic services
alone or without them. I would have been attacked.

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00093-BnB
Plaintiff: Zuguete Z Harris
   P.O. Box 777 Canon City Co 81215-0777
v
Defendant: Gang Coordinator Lieutenant Little
   P.O. Box 6000 Sterling Co 80751

## Prisoner Complaint

I was informed by the defendant that Prison Officials had
transfered me because 2 other white inmates were trying
to set me up and threatend to kill me inorder to have me
removed because rumor was that I was an informant or
"switch". I was told that the inmates were able
to manipulate a Prison official into helping them
get me removed from the living unit. I was told by
the defendant that a Prison official wrote some
type of Report or chronological note saying that I
the Plaintiff went into I went into the inmates
room and took Property.

The defendant informed me that they had found drugs
and several white and hispanic inmate tested dirty
for drugs and said that inmates were Planning
to harm me.

DAYS Later I was stabbed in the kitchen By an
inmate after informing Prison official that I was
being threaten

Pg #4



THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. il-CV-0093-BnB

Plaintiff, Zuquete Harris
Po Box 777 CANON CitY Co 81215-0777

v.

Defendant. Case Manager-Lieutenant-RYAN M. LONG #8557
P.O. Box 6000 Sterling Co 80751

Prisoner Complaint

Each defendant is sued individually and in their official capacity. At all times mentioned in this complaint each defendant cited under Color of state Law & upon information and belief on April 13th 2010. I formally informed the defendant RYAN M. LONG #8557 that a group of Gang affiliated inmates were intended to harm me and requested to be transferred to the eastside of the Sterling correctional facility for the possibility of better program opportunities and less Gang activity.

I informed the defendant that the group of Gang affiliated inmates rushed into my room a robbed me for my personal property and some of my legal court documents and that I was prone to be victimized because I was given at 20 years to life sentence for aggravated robbery and attempted sex assault. Although I did not rape or molest or even touched to person and took my case to trial I was given a lot of time on this first offense.

I was told by the defendant to stay in my room and to keep my door closed to prevent any further incidents. Later, in the lab I recieved a small computer printed not from the defendant. I was told that I was not going to be transferred. The defendant went home and failed to inform his co-works or other sterling correctional facility prison officials that I was having custody issues with a group of Gang affiliated inmates.

on April 30th 2010. After informing prison official-Sergeant Nichols of about the inmates pressuring me and threatening me. Sergeant nichols contacted prison official Major (NDCZ) and they both document the incidents I reported before. telephonic calls contacting the defendant to deal with my issues on the unit.

I was scheduled to be to transfered to another living unit on May 9th of 2010. I did not agree and tried to get transfered faster, because I was not safe to to remain on the living unit with 98 percent Gang affiliated & or in inmates.

On May 30 2010 I wrote a letter to the defendant and informed him that I was going to be assaulted. I never recieved a response and continued to inform other prison officials that I was in danger.

On May 9th 2010 the day before I was to be transferred. I was asleep in my room when 2 to 3 inmate began assaulting me. The beating lasted 10 minutes or longer without prison officials to intervene. As I was being assaulted there was to 2 officials less than 10 to 12 feet away from my room.

I feel that the defendant an other prison officials were responsible for this incident.

After I was assaulted the sterling correctional & facility and prison officials continued to fail to ensure my safe safety because nothing was done to prevent the inmates from assaulting me again. I wrote a Grievance but to no avail. I still have the Grievance, and the prison officials response.

Pg #1

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00093-BNB

Plaintiff, ZUQUETE Z. HARRIS
P.O. Box 777 Canon City Co 81215-0777

v.

Defendant. RYAN M. LONG #8887
P.O. Box 6000 Sterling Co 80751

## Prisoner Complaint

On June 1st 2010 and/or June 2nd 2010. After I was released from Administrative Segregation. I was escorted to recieving to Pick up My Property. Moments After I had arrived another escorted Group of inmates were also comming to recieve their Property. Inmate (Ashley webb. One of the inmates who had assaulted me. Approached me and threatened me but because I could not walk due to a broken leg the inmate decided not to assault me.
On July 8th 2010. I had attended Islamic services Services. All inmates must sign there names on an attendance sheet in order to enter the Programs building. while in service I was bullrushed my inmate Ray Dexter, another one of the inmates who assaulted me. He was Prevented from injuring me by the Group of Muslims that where inmates. There were no Prison officials anywhere to help.
This is why I wrote the Grievance because the inmates should not have been allowed anb opportunity to harm me a second time.
A Few days later All of the Gang affiliated inmates with this Group of inmate I Identified as the "Bloods" were all arrested for having weapons.
On July 13th 2010. Three days after writing My Grievance. I was Placed back in the same living unit with inmates Jerris watson Ray Dexter, and Ashley webb. All three of the inmates had Just recently assault and seriously injured me. On May 9th 2010. There were at least 8 to 10 "Blood" Gang affiliated inmates ready and waiting to Get me.
The Moment I was Placed back on the unit. I was seen by Mental Health-Doreen Lane. because I had experienced an anxiety attack. After an hour of speaking with Doreen Lane. I had her Place me on suicide watch so that I would be Protected from the Group of inmates.
Prison official used an exuse for Placing me in danger say that because I was unable to Get down on my knees since I was disobeying a Lawful order when I attempted to explain to Prison officials that my leg was injured and I had a blue slit from the doctor as Proof of my injury. I do not Feel that these were mistakes and Prison officials created these incident to Put Fear in me For writting Grievances.

Pg#2

# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00093-BNB

Plaintiff, Zuluete Z. Harris
P.O. Box 777 Canon Co 8125-0777

v.

Defendant. Kelsey Prushi - Nurse
P.O. Box 6000 Sterling Co 80751

_____

## Prisoner Complaint

Each defendant is sued individually and in their official capacity. At all times mentioned in this complaint each defendant acted under color of state law. Plaintiff upon information and belief on September 26th 2010, I was stabbed and seriously injured by another inmate, and needed medical attention. Prior to this assault I informed Prison Official CAPTAIN B.K. Whitney of possible imminent dangers.

After the incident the CAPTAIN B.K. Whitney #9400 was contacted by the kitchen staff Lieutenant HICKS and informed CAPTAIN Whitney that I was injured and needed medical attention. The CAPTAIN told Lieutenant HICKS that I would have to wait 30 minutes to see the Nurse because he needed to speak with her first. Before being escorted to the medical unit. I barricaded myself in the kitchen bathroom while waiting and wrote a letter to the Nurse telling her what had happen to me and how I was injured. I told the Nurse in my letter that she needed to inform the prison officials of the incident and have me removed from the kitchen.

Moments later escorting officers Rippin and Insomen began looking for me and could not find me until I stepped out of the bathroom. I was escorted to medical but was followed by a group of 2 inmates that were make sure I would not inform the prison officials about the incident.

When I arrived to the medical unit the defendant Kelsey Prushi a Nurse had developed a very negative attitude towards me and stated "Why are you here? I don't have time to be patching up wounds. I just work in a "zoo." Laugh and sat down so I can take your blood pressure." I confronted the about her comment asking what she meant because I felt like her comment was of a racial aspect, and was offended, but she ignored me.

As the defendant was checking my blood pressure. I pulled the letter out of my pocket and placed it on top of my medical file, in front of her, and told the defendant that she needed to read it and inform the prison officials once I had left.

The defendant Kelsey Prushi, Officer Insomen and another Officer escorted me to a medical office and instructed me to remove my clothes so that the Nurse Kelsey Prushi could examine me. Once I was down to my boxer shorts the nurse wanted me to drop my boxer shorts and turn in a complete circle. Due to my injuries I was unable to stand at the moment and sat down in a chair. Blood was running down leg and dripping onto the floor and chair. I pulled my boxers down exposing several flesh wounds to the nurse and prison officials. Blood was running down my side because I had also been stabbed in the rib and arm.

As I sat in the chair I began using my boxer shorts to soak up the blood that was flowing from the deep cuts and puncture wounds located on my left hip. And when I looked up at the defendant. She made an ugly face and stated "what do you want me to do? I can give you some pills everybody likes pills." I then looked at the officers who both returned the same gesture and verbally addressed each other commenting on my injuries

Pg #1

# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00093-BNB

Plaintiff, Zu.Quete Z. Harris
P.O. Box 777 Cañon City Co 81215-0777

v.

Defendant. Kelsey Prushu - Nurse
P.O. Box Sterling Co 40751

---

## Prisoner Complaint

The defendant the stated "you can cover up and get dressed now," and walked out of the office. by leaving me alone with the escorting officers who were waved to another officer RIPPIN. After officer RIPPIN and another inmate which at my wounds. The officer told me a state Harris about when he was injured and had to go to the Hospital. I had blood all over the place. and the nurse refused to provide me with the proper medical care.

My clothes were taken, but I still have my blood boxer shorts from the incident because shortly after I was seen by the defendant I was placed on Special Controls - Administrative Segregation.

After I was escorted from the medical unit, The Captain B.H. whitneb. instructed and helped the defendant to created a fraudulent misbehavior report to which I was accused of sexual harassment and indecent exposure during the medical examination.

I first learned of these accusation during my Administrative Segregation hearing on 10-12-10 and learned that the captain had used the report in order to place me in the Administrative Segregations unit on 9-26-10.

The Captain B.K. whitney #9400 and several other Prison officials were using this incident against me and tried to force me to give up and stop my complaints and threatened to filed charges to take me to court on the sex Harassment - Indecent exposure incident.

on October 18th of 2010. A hearing was held on the incident. I defeated the defendant Kelsey Prushu and her accusations. I was found not Guilty and the report was dismissed.

I had called the 2 Prison officials Insamen and RIPPIN as witnesses because the defendant reported that I had pulled out a erect Penis on her and said the we were alone during the medical examination. She lied and was caught red handed.

The Prison officials testified that I was never alone with the nurse and the the Officer Insamen never took his off of me and that I never had an erection or exposed myself to the defendant at any time.

Beating these charges only made the conditions of Confinement harder on me and prison officials became more relentless about punishing me because I continued to write Grievances on their action towards me.

Even when the Prison officials are wrong they refuse to correct the situation and punished me without cause.

I was still threatened with criminal charges for this incident because I refused to give up my complaints.

Pg#2

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00093-BNB

Plaintiff, ZUQUETE Z HARRIS
P.O. Box 777 CANON CITY CO 81215-0777

v.

Defendant. CAPTAIN BK WHITNEY
P.O. Box 6000 STERLING CO 80751

## Prisoner Complaint

After being stabbed and escorted to the medical unit. The defendant Captain BK Whitney 9400 orchestrated an act of conspiracy in order to intimidate me, by way of blocking the only opportunity available for administrative remedy through his practice, of Grievance procedures, and threatend that there would be negative consequences if I persevered with my prisoner's complaint and grievance complaints. The defendant had ordered other prison officials to harass me, assault me and write fraudulent misbehavioral reports against me. in which case I would be criminally charged for each stated incident unless I were to yield and submitt to his orders and give up my complaints. I wrote a series of grievances, and only 3 of 20 of my grievances were returned to me and each one of the 3 grievances were answered and denied by the defendant CAPTAIN BK Whitney 9400. I was no longer allowed to write grievance and was prevented from legal practice of my right to redress.

I still have all 3 of my grievances with the defendants response and other documentation which proves that 17 of my grievances were destroyed. On Sept 26 2010. while in administrative segregation. I was escorted from my room to a prison officials office. Prison Official-Lieutenant Jr. Carpenter and Lieutenant Tavenner were the only 2 in the room as I was chained to a wall and left alone with them. Moments later I was assaulted by Lieutenant Jr Carpenter. The prison official smashed my face into a wall causing my nose to bleed a busted my lips. After this incident I was forcefully pushed back into a chair. As the defendant Captain Whitney began speaking over the loud speaker from inside the telephone.

The defendant BK Whitney 9400 offered me a chance to get out of administrative segregation and return back to general population without incidents of the misbehavior reports that I was charged with. The defendant informed me that if I wrote another grievance or continued to try and sue that he and his staff would have me charged and taken to a court for assault on a prison official and sexual harassment.

My prisoners complaint packet was confiscated and destroyed along with other material which was being used to help me file my prisoners complaint.

Due to the severity of the circumstances. I must continue to filed this complaint because imminent dangers still exist and the Department of Corrections has failed to acha acknowledge and cure this problem. As a result of the plaintiffs complaints he has been subject to cruel and unusual punishment by prison officials.

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. <u>11-cv-00093-bnb</u>

Plaintiff, ZLQUETE Z HARKIS
P.O. Box 777 Canon City Co 31215-0777

v.

Defendant. CAPTAIN BK.WHITNEY
P.O. Box 6000 Sterling Co x0751

_____

Prisoner Complaint

each defendant is sued dyadually and in their official capacity. At all times mentioned in this complaint each defendant acted under color of state law.

I the plaintiff informed prison officials for several weeks that a specific group of gang affiliated inmates were intending to harm me. The prison officials failed to protect me from harm and after the first incident. I continued to inform prison officials of imminent dangers for the next few months, but the Sterling Correctional Facility or prison officials did not do anything to ensure my safety and protection which became a continuous pattern of conduct and resulted in me being assault and seriously injured a second time, both by staff and inmates.

Upon information and belief. On May 9th 2010 after Plaintiff was assaulted and severally injured by 3 inmates in his room while sleeping. I was escorted to the defendants office by prison official T-Tails and Ferguson. The defendant BK Whitney & other prison officials and I the plaintiff. all watched the video footage of the 3 inmates running in and out of my room as I was being assaulted and beaten by the inmates. The assault lasted for more than 30 minutes and the video also showed that there were 2 prison officials less than 10 to 12 feet aways from my room during the assault and did not intervene. All of the prison officials who worked on the living unit was aware that I was having custody issues at this time.

The defendant BK Whitney #4400 had me identify the 3 inmates and give a statement. He then printed a document for the computer which was from Major (USCF) who had document that i reported to have custody issues on the unit. I still have my document reports.

On September 26th 2010. It I informed the defendant BK Whitney that I was having issues, and needed to speak with him. I asked the defendant & Captain BK Whitney if he remembered the incident on May 9th 2010 and after explaining the incident to the defendant said that he could varibily remember the incident.

I informed the defendant that I had just been threatened by another inmate and wanted to speak to him in private. I informed the defendant that I was working on a law suite and that I needed the full names and badge numbers of him and a few other prison officials in order to complete my complaint. At this point the defendant assumed that I was suing him. The defendant told me that I was crazy and that I, was on his suit list and that I better hope that I dont He, he didnt receive any reports or paper work on his desk. The defendant then order me to go back to the kitchen and said that I could get my ass kicked for all he cared.

Moments later while working. the inmate that i informed the defendant about attempted to kill me with a knife like wea.pon made of a soda can and razor blades. I was stabbed several times by the inmate, and need medical attention.

I feel that the defendant is responsible for these incidents.

Pg # 2

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00093-BnB

Plaintiff, ZUQUETE.HARRIS
P.o.Box 777 CANCN City Co 81215-0177

v.

Defendant. SerGeant Nichels
P.o.Box 6000 SterliNG Co 80751

Prisoner Complaint

each defendant is sued individually and in their Official CaPacits. At All time Mentioned in this complaint each defendant was acted under color of State Law.

Upon information and belief. On April 30th 2010. I Plaintiff ZuQuete Z. Harris formally informed the Defendant SerGeant Nichels that I had been experiencing custody issues with a Group of GanG affiliated inmates. I Provided the defendant with details of the incidents and the letters I received from the which were demands of me and threats to harm me. The Defendant is incharge of certain types of facility movements and had the power and authority to transfere me to another living area, but to no avail. when I requested that the defendant transfere me I was told that I could not be moved until something happend unless I started a fight. when I asked about being Put on Protective Custody. I was told by the defendant that there was no such thing as Protective Custody in Prison and that I would have to be Placed on Administrative or Punitive SegriGation in order to get off the living unit. I agreed to this arrangement, but than was told by the defendant that I had to do something in order to be Placed on SegriGation which Suggested that I had to Get in trouble in order to be Moved. I started to Get angry due to his Lach of concern for my Personal saftes. and after arGueing this with the defendant. He contacted MAjor (NbCF) and informed her of the incident.

The defendant knew of the imminent dangers inwhich I would suffer and refused to ensure saftes and Protection.

As a result on MAY 9th 2010 I was assaulted and brutally beaten by a Group of GanG affiliated inmates inwhich I recieved mans Physical injuries.

One Month later I refused to be released from Administrative SegriGations Unit. The defendant SerGeant Nichels and another Prison official Lieutenant Lawson came to escort me back to the living unit. I was told that there had been some changes made and that I would be Housed on another living Unit. The defendant asked me if I had any Plans of retaliation and said that he would make Sure I Got a Fair Shot at each one of the inmates. The following day on June 1st or 2nd I was escorted to recieving to Pich up my Property. while in recieving inmate Nshels webb one of the Guys that assaulted walked in a stood in front of me. The inmate Show that I was not able to walk corretly and decided not to bother me but told me that I was dead for switching on him and his homies. The Facility continued to Failed in Protecting me.

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00093-BNB

Plaintiff, Zuquetez.Harris
P.O.Box 777 Canon City Co 81215-0777

v.

Defendant. Major (NYCZ)
P.O.Box 6000 Sterling Co 80751

Prisoner Complaint

Each defendant is sued individually and in their official capacity. At all times mentioned in this complaint each defendant acted under color of ~~two~~ State Law upon information and belief. On April 30th 2010. The defendant was telephonically contacted by prison official-sergeant Nichels and was informed that I the plaintiff Z. Harris was having custody issues with a group of gang affiliated inmates and was requesting to be transferred to another living unit area. or place in Sterling correctional facility.

The defendant had the authority to authorize an immediate transfer but had delayed and scheduled me to be transferred ~~on May 1st 2010~~ on May 15th 2010, and as a result of her decision, On May 9th 2010. I was assaulted and ~~seriously~~ seriously injured by 3 inmates. while in my room sleeping.

I was escorted to the shift commander or captain B.K.Whitney's office for an investigation of the incident. The captain B.K Whitney logged on to his computer and pulled up ~~on~~ a report ~~that~~ that was written by the defendant-Major (NYCZ). I have used her report and call of the prison officials names (Lieutenant Lawson/Sergeant Nichels/Casemanager Ryan M.Long/Gang coordinator little),as reference to my defense because ~~they~~ had informed all of them of imminent dangers which had existed weeks before I was assaulted.

I was charged for fighting against the 3 inmates and received a misbehavior report. and On May 14th 2010. A hearing was held by Lieutenants Shane McMahill/Tracy/Presion Tennick/Owens and Harms. All are hearings officers. I. was instructed not to give a statement or call the prison officials as witnesses to give testimony on my behalf because the other inmates who assaulted me were entitled to any $statement or investigation. and that I would be considered a"snitch" for informing the authorities.

The report was dismissed and I was released from Administrative Segregation one month Later. I still have my reports from the incident. On April 30th 2010. I've never met the defendant Major NYCZ in person but during ~~my~~ meeting with prison official Ryan M.Long. The defendant called to ~~tell~~ assist Ryan M.Long. with transfering me. At ~~a~~ this time I recieved information from the defendant during their conversation which was detrimental to my safety and protection if I was not transfered out of Sterling corrections facility or place me on the east side of the facility.and dodging future dangers became inevitable. Before I arrived to &Sterling corrections facility there were gang riots. The prison officials were now planning to released all of the gangs back into population from segregations units. The prison official had planned to send as many inmates as possible to Centennial Correctional Facility because it was a new prison that was about to open.The prison officials created a program for the gang- affiliated inmates and released them. The prison officials allowed drugs into the facility which were used to control certain gang groups. The prison violence was off the scale with daily riots ~~an~~ involving drugs and weapons.

I wrote a grievance asking for protection. I still have a copy and response.

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00093-BnB

Plaintiff, Zulquete. Z. Harris
P.O. Box 777 Canon City Co 81215-0777

v.

Defendant. Lieutenant Lawson
P.O. Box 6000 Sterling CO 80751

Prisoner Complaint

Each defendant is sued individually and in their official capacity. At all times mentioned in this complaint each defendant acted under color of state law.

Upon information and belief. On May 4th 2010. Prison officials searched my room and found 2 razor blades which I had made into weapons so that I could defend myself. Immediately I was hand cuffed and taken to the Prison officials Control Center. The defendant Lieutenant Lawson and his staff confronted me about the razor blades. I was told by the defendant that creating weapons was considered to be a serious offense and that I could be criminally charged. The defendant than accused me of trying to manipulate the system and said that I made the weapon so that I would be removed and placed on segregation to get away from the inmates. I was told by the defendant that I was starting to become a pain in his ass and to stop acting like a pussy every time I was threatened by another inmate. The defendant continued to lecture me for the next 10 minutes with his tough guy talk saying that I had to stand up for myself and fight. The defendant advised me to make an example of one of the inmates by attacking one of them. They were all bigger than me by 100 pounds and I am a little small guy. The defendant stated: "If you cannot beat them join them." I informed the defendant that I only wanted to be moved and did not want to fight. The defendant then informed me that he got a phone call or an email to check on me because I wrote a letter saying that I was in danger. The defendant told me that the paper work had already been done and that I would be moved on May 10th 2010. He said that he was not going to punish me for the razor blade weapon because obviously I would have needed and in exchange I was going to hang tough because he didn't feel like doing paper work.

As a result on May 9th 2010. I was assaulted and brutally beaten by a group of gang affiliated inmates while asleep in my room. The injurys I suffer are permanent.

# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00093-BnB

Plaintiff, Zuluete Z. Harris
P.O. Box 777 Canon City Co 81215-0777

v.

Defendant. Doctor Fortunata
P.O. Box 6000 Sterling Co 80151

---

## Prisoner Complaint

Each defendant is sued individually and in their official capacity. At all times mentioned in this complaint each defendant acted under color of state law.

Upon information and belief, I had written 5 letters to see a doctor while I was being held in administrative segregation but to no avail once I was released from administrative segregation. I wrote an another letter and was see by Doctor Fortunato.

On May 9th 2010 my leg was broken when I was assaulted by 3 prison inmates one of the inmates slammed a foot locker on my leg. I informed the doctor about the pain I was experiencing in my leg and was seen by the defendant on June 11th 2010. When the doctor examined my leg, My entire leg was still swollen and badly bruised from my knee cap to my toes. My leg was as hard as a rock. I explained to the defendant that when the accident occurred, I was seen by a nurse who document my injuries but refused to give me an X-Ray because she did not think that my leg was broken. At that time, my leg was 3 times bigger that it's normal side due to the impact of my injury, of the foot locker, and there was a large lump poking out from the side of my leg and a limit on my knee.

During the meeting with the defendant my injury's had slightly changed since the day of the incident and while in administrative segregation I attempted to self doctor and fix my own leg by pulling it and keeping my leg straight and had wrapped pieces of torn or ripped sheet tightly around my leg because of the time I was not being scheduled to see the doctor.

As the defendant examined my leg I showed him the area which I believe my leg was broken and the defendant could see and feel that there was a deep dip or dimple in the side of my left leg and a large scar which goes from the impact of the foot locker that was slammed on my leg.

I request that the defendant Dr Fortunato give me a X-Ray. The defendant told me that I had done a good job on pushing the bone back in place and that a X-Ray would be unnecessary because the healing process had already started to take place. I was then told that it would take 6 to 18 months for my leg to heal before I stopped feeling discomfort. I was then seen by a administrative assistant Madeline Ramirez who had given me a cane and medical socks - I.E.D. Hose because I was accident prone and had many incident of falling down due to my injury and lack of balance. Each time I was taken to medical and the incident was documented. I again request to see the defendant and was told to jog and walk the stairs for leg therapy. I still suffer pain and have problems walking because of my injury. I need proper medical attention.

I still have some documentation.

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00093-BNB

Plaintiff, ZuQuere Z. Harris
P.O. Box 777 Canon Co 81215-0777

v.

Defendant. Lieutenant JR. Carpenter.
P.O. Box 6000 Sterling Co 80751

# Prisoner Complaint

Each defendant is sued individually and in their official capacity. At all times mentioned in this complaint each defendant acted under color of state Law. Upon information and belief. On September 20th 2010. The defendant Lieutenant Jr. Carpenter. Became verbally abusive and called me all kinds of names while I was being spaced out speed controls he even threatened me, saying that I thought I was tough and that he was go to "kick my ass".
The defendant intercepted several of my grievance complaints and prevented my complaints from being processed and destroyed the documents. The defendant had intentionally denied my appeals for administrative selfreflections hearing with was not conducted properly.
I have these documents and proof of the grievance complaints that were destroyed by the defendant.
On September 20th 2010 after I was assaulted and injured by the deb defendants co-worker Neil Farris. I tried to report my injuries to a nurse but the defendant Carpenter prevented the nurse from seeing me and told her that my injuries were from another incident and also allowed her to give me my mental health medications.
On October 20th 2010. The defendant Lieutenant Jr. Carpenter and Lieutenant Tavenner had me escorted to their office. I was had cuffed and chained to a wall. when I was seated the defendant removed me note book journal that I tried to created out of a box. I kept a log of all the events and incidents which had occurred involving both s staff and inmates.
The defendant started asking me several questions but I sat in silence. refusing to answer him because I thought that I was being recorded. At this point the defendant stood up and slammed my note book down."You little son of a bitch! No more fucking games. Get up." Is what he stated as he pulled me to my feet. while I was hand cuffed and chain to the wall the defendant grabbed my head and pushed my face into the wall."I'm going to make you talk mother fucker" is what he said as he started shoving his forearm and elbow into the back of my head and neck. forcing my head into the wall.
when my nose started bleeding Lieutenant & tavenner in a sharp voice stated."Hey Carpenter that is enough." My nose and lips were bleeding from being slammed face first into the wall by the defendant. I was angry but I remained silent and sat back down in the chair when Lieutenant gave me a tissue to stop the blood.
At this point The Captains B.K. whitneys voice come over the loud speaker of the telephone. I was given the opportunity to either stop my complaint and return to my living unit or face criminal charges with the chance of getting 10 to 12 years added to my sentence for assault and sexual harassment against prison officials. I still refused to speak and remained determined to continue with my complaints.
I was told that it would be to their discretion as to weither or not I would be allowed to file grievances and have time process and that because I was a Prisoner I had not rights. The defendant stated "If you want to play hard ball we will show you how to play it's easier for us then it is for you."

# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00093

Plaintiff, ZULQUETE Z. HARRIS
P.o. Box 777 CANON City Co 81215-0777

v.

Defendant. Neil Pasho Prison official
P.o. Box 6000 Sterling Co 80751

---

## Prisoner Complaint

Each defendant is sued individually and in their official capacity. At all times mentioned in this complaint each defendant acted under Color of State Law.

Upon information and belief. On September 26th 2010. The shift Commanding CAPTAIN B.K. WHITNEY ordered Prison officials, J. Smart and escort me to Administrative Segregation. At the time I was under the impression that I was being placed on Administrative Segregation for my personal safety and protection and was relieved because I had just been stabbed and seriously injured. Lucky to have so survived the incident.

Once I arrived to the Administrative Segregations unit with the 2 officers another officer approached us and asked if I was the inmate that he was ordered to "CAN". The 2 officers than spoke into their radio's for the CAPTAIN B.K. whitney to respond. The CAPTAIN was given my name and number and was asked if I was the correct inmate they were order to escort to "Ad-Seg". The CAPTAIN B.K. whitney answered "I Have already Given orders on how to deal with him. You have the Correct inmate."

officer Neil PASKO the defendant then Grabbed me by the arm and pushed me forward stating "He's mine from here." This switch was unnecessary but the defendant escorted me to a room with 6 to 7 other Prison officials following and commenting on the event that was about to take place. Once I was inside of the room the defendant took my hand cuffs off and order me to strip off my clothes. And order me to take a step away from the door and to keep my feet flat Planted. At this Point I took off my shirt and removed my identification Card a Pen in your Pockets before you are Searched so that these don't Get hurt big an object in your Pocket. When I tried to Give the items to the defendant he told me to Put them back in my shirt and order me to Give him my shirt.

when I Placed my shirt on the opening of the door for the defendant Neil Pasko I was assaulted by his maneuver. As I released my hand from the shirt the defendant Grabbed me by the thumb and fingers he then twisted and jerked Pulling me unnecessarily hard and because I was told by the officers to keep my feet Planted. This maneuver cause my head and body to slam against the inside of the door and dropped me to my right knee. It was a Painful experience but when I shouted "Hey Man what in the Hell is your Problem!" The defendant did not release his hand. The defendant look at me and smiled and then stated "you Just Punched me in the balls!"

I was Placed on Special Controls for 72 hours. I was still bloody from being stabbed by an inmate and my injurys were now being exposed urine feces dry blood from other inmates. The room was also extremely cold.

I still have my Food blood boxer shorts from the stabbing incident because I was force to wear them for 72 hours.

# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00093-BNB

Plaintiff, ZuQuete Z HARRIS
PO BOX 777 CAÑON CITY CO 81215-0777

v.

Defendant. Lieutenant TAVENNER.
P.O. Box 6000 STERLING CO 80751

---

## Prisoner Complaint

Each defendant is sued individually and in their official capacity. At all times mentioned in this complaint each defendant acted under color of state law. Upon information and belief on October 26th 2010. The defendant Lieutenant Tavenner condoned and witnessed Prison official SR.CARPENTER assaulted me and prison official B.K. whitney threaten to punish me and have me charged in court if I did not stop this complaint. On the 27th of October. I & confronted the defendant asking her to help me. The defendant stated." you're better off not involving me. I would never take sides with a sex offender or an inmate over anyone of my co-workers. we work as a team." On October 26th 2010. The defendant accused me of pulling my penis out and masturbating in front of her on 6 different occasions and said that every time she comes to my room that I would be ejaculating or that I was erect and waiting on her to look at my penis. She then said that she was using the stories as an example of how easy it was for a Female prison official to have a inmate charged and take to court for sexual harassment. She told me that it was only a matter of creating a perception and that if she really wanted to that she would write a report every time she saw me. The defendant then informed me that her and other female prison officials were going to push to have me tried and convicted on sexual harassment charges unless I comply with the CAPTAIN .B.K. whitney #9400 and did as he wanted me. to do. On October 26th 2010 Prison Official B.Dally had been instructed to claim I was harassing her but never actually wrote a report. She wrote chronological notes which could be used against me in court. On November 16th 2010. I report A female Prison office ST. John for attempting to. sexually seduce me she wanted me to masturbate in front of her so that she could report me. I informed mental health of all the events. but to no avail. On October 26th 2010. The defendant Lieutenant Tavenner informed me that she wrote a note in my file saying that I was attempting to expose myself to her and other Staff. I was being accused for acts and incidents which I had not done.