IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 3 0 2011

GREGORY C. LANGHAM
_____ CLERK

Civil Action No. 11-cv-00093-BNB

ZUQUETE Z. HARRIS,

     Plaintiff,

v.

SERGEANT NICKELS,
MAJOR NYCZ,
CM LIEUTENANT RYAN M. LONG,
LIEUTENANT LAWSON,
GANG COORDINATOR LIEUTENANT LITTLE,
DOCTOR FORTUNATO,
CAPTAIN B. K. WHITNEY,
NEIL PASKO, Prison Official,
NURSE KELSEY PRUSHA,
LIEUTENANT J. R. CARPENTER, and
LIEUTENANT TAVENNER,

     Defendants.

---

## ORDER DRAWING CASE

---

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the

court has determined that this case does not appear to be appropriate for summary

dismissal. Therefore, the case will be drawn to a district judge and to a magistrate

judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate

judge.

DATED March 30, 2011, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00093-BNB

ZuQuete Z Harris
Prisoner No. 146301
Colorado State Penitentiary
PO Box 777
Canon City, CO 81215

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on March 30, 2011.


GREGORY C. LANGHAM, CLERK


By:_____
                  Deputy Clerk